**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KEVIN JEROME JONES,** ) | |
| **# 1169005,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:20-CV-3757-D |
| ) | |
| **DIRECTOR, TDCJ-CID, et al.,** ) | |
| Defendants. ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, this action is summarily dismissed as barred by 28 U.S.C. § 1915(g).

Plaintiff's application to proceed *in forma pauperis*, filed April 27, 2021, is denied.

**SO ORDERED**.

May 27, 2021.

SIDNEY A. FITZWATER
SENIOR JUDGE